UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

STEPHEN W. CHEN

    Plaintiff,

v.                                   Case No: 15-CV-0759

HARLEY-DAVIDSON MOTOR CO., INC.

    Defendant.

---

**CIVIL LOCAL RULE 7(h) EXPEDITED, NON-DISPOSITIVE
MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

---

    Pursuant to CIVIL LOCAL RULE 7(h), Plaintiff's counsel, Heins Employment Law Practice LLC, by Attorney Janet L. Heins, hereby moves in expedited fashion to withdraw from representing Plaintiff Stephen W. Chen in the above-captioned action, as the client insists upon taking action with which counsel fundamentally disagrees and because the representation has been rendered unreasonably difficult by the client, as provided in WISCONSIN SUPREME COURT RULES 20:1.16(b) (4) and (6) governing attorney conduct.

    Dated this 8th day of March, 2016.

                                              HEINS EMPLOYMENT LAW PRACTICE LLC
                                              Counsel for the Plaintiff

                                              By: *s/ Janet L. Heins* .
                                              Janet L. Heins, State Bar No. 1000677

HEINS EMPLOYMENT LAW PRACTICE LLC
1001 West Glen Oaks Lane, Suite 103
Mequon, Wisconsin 53092
(262) 241-8444 voice
(262) 241-8455 facsimile
e-mail: jheins@heinslawoffice.com