UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

STEPHEN W. CHEN

       Plaintiff,

v.                          Case No: 15-CV-0759

HARLEY-DAVIDSON MOTOR CO., INC.

       Defendant.

**DECLARATION OF JANET L. HEINS IN SUPPORT OF
MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

Pursuant to 28 U.S.C. § 1746, I hereby declare the following to be true under penalty of perjury:

1. I am counsel for the Plaintiff in this case, and I am licensed to practice law in Wisconsin under State Bar No. 1000677.
2. On March 8, 2016, I filed a motion to withdraw from representing the Plaintiff, Mr. Stephen W. Chen.
3. On March 8, 2016, at 7:15 p.m., I served Mr. Chen a copy of the motion to withdraw via email with the message, "Attached is the motion to withdraw that I filed today as we discussed."

Dated this 8th day of March, 2016.

                                    *s/ Janet L. Heins*    .
                                    Janet L. Heins, State Bar No. 1000677

HEINS EMPLOYMENT LAW PRACTICE LLC
1001 West Glen Oaks Lane, Suite 103
Mequon, Wisconsin 53092
(262) 241-8444 voice
(262) 241-8455 facsimile
e-mail: jheins@heinslawoffice.com